UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WAYNE and LINDA MUCHA, individually
and on behalf of all others similarly situated,           JUDGMENT

                     Plaintiff,           17-cv-5092 (DLI)(PK)

   v.

VOLKSWAGEN AKTIENGESELLSCHAFT,
MATTHIAS MÜLLER, MARTIN WINTERKORN,
FRANK WITTER, and HANS DIETER PÖTSCH,

                     Defendants.
-----------------------------------------------------------------X

       An Opinion and Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on May 20, 2021, denying Defendants' motion to dismiss the Amended Complaint as to the Individual Defendants for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2); dismissing this action as to the non-appearing defendant, Winterkorn, for lack of personal jurisdiction; denying Defendants' motion to dismiss on *forum non conveniens* grounds; and granting Defendants' motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6); it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss the Amended Complaint as to the Individual Defendants for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) is denied; that this action is dismissed as to the non-appearing defendant, Winterkorn, for lack of personal jurisdiction; that Defendants' motion to dismiss on *forum non conveniens* grounds is denied; and that Defendants' motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is granted.

Dated: Brooklyn, New York                                 Douglas C. Palmer
       May 21, 2021                                       Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                             Deputy Clerk